## Commonwealth *v.* Conard, Appellant.

Argued April 8, 1974. *William J. Rundorff*, First Assistant Public Defender, with him *John J. Regule*, Public Defender, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.